# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142838

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ROBERT ALLESEE,
        Petitioner-Appellant,

v

TOWNSHIP OF BLOOMFIELD,
        Respondent-Appellee.

SC: 142838
COA: 295188
Tax Tribunal: 00-355602

_____/

      On order of the Court, the application for leave to appeal the February 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620